UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                    -v-                                            :        21-CR-606 (LJL)
                                                                   :
JOSEPH DAVILA,                                                     :        RESCHEDULING
                                                                   :        ORDER
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X


LEWIS J. LIMAN, United States District Judge:

        It is HEREBY ORDERED that the Status Conference previously set for December 9, 2021 is

rescheduled to December 15, 2021 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

The Court, with consent of all parties, excludes time from December 6, 2021 until December 15, 2021

under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice

outweigh the interests of the public and the defendant in a speedy trial.


        SO ORDERED.

Dated: December 6, 2021
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge