

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

December 10, 2021

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

> REQUEST GRANTED.
> The Status Conference previously set for December 15, 2021 is rescheduled to January 18, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from December 10, 2021 until January 18, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and January 18 will allow defense counsel additional time to review the discovery material and parties to discuss a potential pretrial resolution.
>
> 12/10/2021   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *U.S. v. Davila*, 1:21-cr-00606-LJL

Dear Judge Liman:

We represent Mr. Davila in the above-referenced action. Per the Court's December 6, 2021 Rescheduling Order, a status conference is scheduled for Wednesday, December 15, 2021. With consent of counsel for the Government, we respectfully request an adjournment of the status conference to a date in mid-January to allow defense counsel additional time to review the discovery material. This is the first request for such an adjournment, and no other court dates have been scheduled in this matter. The parties consent to exclude time until the date of the status conference.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*


cc:   Thomas Burnett (via ECF)
      *Attorney for Government*