

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

REQUEST GRANTED.
The Status Conference previously set for January 18, 2022 is rescheduled to February 10, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from January 14, 2022 until February 10, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and February 10 will allow defense counsel additional time to review the discovery material and parties to discuss a potential pretrial resolution.

1/14/2022    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

January 14, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

    **Re:** *U.S. v. Davila*, **1:21-cr-00606-LJL**

Dear Judge Liman:

We represent Mr. Davila in the above-referenced action. Per the Court's December 10, 2021 Memorandum Endorsement granting defense counsel's request for an adjournment, a status conference is scheduled for Tuesday, January 18, 2021. With consent of counsel for the Government, we respectfully request a second adjournment of the status conference for an additional three (3) weeks to allow defense counsel additional time to review the discovery material following technical issues that interfered with defense counsel's ability to do so. No other court dates have been scheduled in this matter. The parties consent to exclude time until the date of the status conference.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*

cc:    Thomas Burnett (via ECF)
       *Attorney for Government*