

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

April 22, 2022

**REQUEST GRANTED.**
**The Status Conference previously set for April 26, 2022 is rescheduled to May 12, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from April 22, 2022 until May 12, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and May 12 will allow parties additional time to continue plea negotiations.**

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

4/22/2022  SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   *U.S. v. Davila*, 1:21-cr-00606-LJL

Dear Judge Liman:

We represent Mr. Davila in the above-referenced action. A status conference is currently scheduled for Tuesday, April 26, 2022. With consent of counsel for the Government, we respectfully request an adjournment of the status conference for an additional two (2) weeks to allow defense counsel additional time to continue plea negotiations with the Government. No other court dates have been scheduled in this matter. The parties consent to exclude time until the date of the status conference.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*


cc:   Thomas Burnett (via ECF)
      *Attorney for Government*