

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 13, 2022

> **REQUEST DENIED.**
> Defendant may have until September 17, 2022 to file a sentencing memorandum.  The Government's sentencing memorandum is due no later than September 24, 2022.
>
> 9/13/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

   Re: *U.S. v. Davila*, **1:21-cr-00606-LJL**

Dear Judge Liman:

We represent Mr. Davila in the above-referenced action.  A sentencing hearing is currently scheduled for Tuesday, September 27, 2022.  With consent of counsel for the Government, we respectfully request a modest adjournment of the sentencing hearing for an additional one week.  Defense counsel has also contacted Your Honor's Chambers to flag this issue for the Court given the Court's individual rules requesting at least 48-hours' notice in advance of any deadline for such extensions.  Defense counsel hoped it would be prepared to submit its sentencing submission in advance of today's deadline, but we have run into issues contacting our client which have interfered with our ability to finalize the submission.  The parties are available any day the week of October 3, 2022 if that week works with the Court's schedule.  No other court dates have been scheduled in this matter.  The parties consent to exclude time until the date of the next appearance.

Should Your Honor grant this request, the parties understand that any sentencing submissions will be keyed off of the new date the Court selects.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

cc: Thomas Burnett (via ECF)
*Attorney for Government*