

September 26, 2022

**REQUEST DENIED AS MOOT.**

9/29/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

   Re: *U.S. v. Davila*, 1:21-cr-00606-LJL

Dear Judge Liman:

  We represent Mr. Davila in the above-referenced action. Pursuant to Rules 8(F) and (G) of this Court's Individual Rules of Practice in Criminal Cases, we write to request permission to file Defendant's September 17, 2022 Sentencing Submission and Exhibit B to Defendant's Sentencing Submission in redacted form.

  Defendant respectfully request leave to file Defendant's Sentencing Submission and Exhibit B to Defendant's Sentencing Submission in redacted form to avoid any improper disclosure of Defendant's and Defendant's mother's personal, and confidential, information, including, but not limited to, Defendant's date of birth and Defendant's mother's address consistent with the standards discussed in Paragraphs 8(E)(i)-(ii) of the Court's Individual Rules.

  Thank you for your consideration of this request.

        Respectfully submitted,

        <u>/s/ Helen Cantwell</u>

        Helen Cantwell (hcantwell@debevoise.com)
        Melanie Burke (mburke@debevoise.com)
        Jillian Tancil (jtancil@debevoise.com)

        DEBEVOISE & PLIMPTON LLP

        *Attorneys for Defendant*

      cc: Thomas Burnett (via ECF)
        *Attorney for Government*